IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

vs.                                                                                                  21-MJ-328

ERIC LEE GARCIA,
        Defendant

### ORDER FOR COMPETENCY EVALUATION

**THIS MATTER** having come on to be heard on the Motion for Competency filed by Advocate Law Center, P.A. (Lucas B. Babycos), and the Court being fully advised, finds the Motion is well-taken.

**IT IS HEREBY ORDERED** that a Competency Evaluation is hereby granted and shall commence as soon as possible with Julie Brovko, PhD. Funding for the evaluation shall be made available to pay the designee through the U.S. Attorney's Office.

_____
Honorable Jerry H. Ritter
US Magistrate Judge

Submitted by:

/s/Lucas Babycos
Lucas B. Babycos
Attorney for Defendant

Approved as to form:

_/s/ Allison Jaros_
Allison Jaros
Assistant U.S. Attorney