# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Preliminary/Detention Hearing (NOT HELD)

| | | | |
|---|---|---|---|
| Case Number: | MJ 21-328 BPB | UNITED STATES vs. GARCIA | |
| Hearing Date: | 3/17/2021 | Time In and Out: | 10:55-11:12 |
| Courtroom Deputy: | N. Maestas | Courtroom: | ABQ Zoom |
| Defendant: | Eric Garcia | Defendant's Counsel: | Lucas Babycos |
| AUSA: | Allison Jaros | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | Witness: | |

### Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity
- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

### Detention
- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status
- ☐ Defendant
- ☐ Conditions

### Other
- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☒ Hearings stayed pending completion of competency evaluation; Defense counsel addresses concerns with Defendant remaining at facility; Court asks USMS to work with facility and keep parties apprised of what actions will be taken